UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONNA ROGAN & MICHAEL ROGAN** )<br>   **Plaintiffs**                                            )<br>                                                                 )<br>v.                                                            )<br>                                                                 )<br>**ALLIED INTERSTATE, INC.**                  )<br>   **Defendant**                                           )<br>_____ ) | CIVIL ACTION<br><br>COMPLAINT<br><br>JURY TRIAL<br>CLAIMED<br><br>FEBRUARY 3, 2011 |

## COMPLAINT

1. This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.*

2. Plaintiff Donna Rogan is a consumer residing in Berlin, Connecticut.

3. Plaintiff Michael Rogan is a consumer residing in Berlin, Connecticut and is the husband of Plaintiff Donna Rogan.

4. Defendant, Allied Interstate, Inc. ("Allied"), is a corporation engaged in the practice of debt collection in Connecticut that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

5. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331,1337 and 1367, and Fed. R. Civ. P. 18(a).

6. This Court has jurisdiction over Allied because it engages in debt collection within Connecticut.

1

7. Venue in this Court is proper, as the Plaintiffs are residents and the acts complained of occurred in this state.

8. Plaintiff Michael Rogan owed a consumer debt (the "Debt") that was assigned to Allied for collection purposes.

9. In or around the end of November 2010, Allied called Plaintiff Michael Rogan's brother's home regarding the Debt and left a message stating that Allied was calling regarding a debt.

10. Allied continued to call Plaintiff Michael Rogan's brother's residence regarding the Debt and leave messages stating that Allied was calling regarding a debt; Plaintiff Michael Rogan's brother, sister-in-law, and nephew heard those messages and the message referenced in Paragraph 9, and news of those messages in turn spread to Plaintiff Michael Rogan's other brother and his parents.

11. Due to the aforementioned calls, Plaintiff Michael Rogan's extended family became aware of Plaintiffs' financial issues, and this caused shame and embarrassment to Plaintiffs.

12. Furthermore, Allied called Plaintiffs' home regarding the Debt and left a messages on their home answering machine in November and December 2010 and January and February 2011, all of which messages failed to state that it was a communication from a debt collector.

13. Allied violated the FDCPA and CUTPA.

WHEREFORE, the Plaintiffs seek recovery of actual damages (including emotional distress damages) pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

**PLAINTIFFS, DONNA ROGAN & MICHAEL ROGAN**

By: _____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457