UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BONNIE C. MANGAN, TRUSTEE   ) | CIVIL ACTION NO. |
|    Plaintiff   ) | 3:11-CV-00195 (CFD) |
|      ) | |
| v.   ) | |
|      ) | |
| ALLIED INTERSTATE, INC.   ) | |
|    Defendant   ) | DECEMBER 12, 2011 |
| _____   ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Bonnie C. Mangan, Trustee, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                      Plaintiff, Bonnie Mangan, Trustee

                      By  /s/ Daniel S. Blinn
                      Daniel S. Blinn, Esq.  (ct 02188)
                      Consumer Law Group, LLC
                      35 Cold Spring Road, Suite 512
                      Rocky Hill, CT  06067
                      Tel: (860) 571-0408
                      Fax: (860) 571-7457
                      dblinn@consumerlawgroup.com

### CERTIFICATION

I hereby certify that on this 12th day of December, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                      /s/ Daniel S. Blinn
                      Daniel S. Blinn